**Order filed May 5, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-14-00038-CV

————————

**HILL INTERNATIONAL, INC., Appellant**

**V.**

**RIVERSIDE GENERAL HOSPITAL, INC., Appellee**

On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2013-63359

# ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Exhibit B of Plaintiff's Application to Modify and/or Vacate Arbitration Award filed October 21, 2013.**

The clerk of the 234th District Court is directed to deliver to the Clerk of this court the original of **Exhibit B of Plaintiff's Application to Modify and/or Vacate Arbitration Award filed October 21, 2013**, on or before **May 15, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of **Exhibit B of Plaintiff's Application to Modify and/or Vacate Arbitration Award filed October 21, 2013**, to the clerk of the 234th District Court.

PER CURIAM